UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIA LAWAL, *on behalf of herself and all others similarly situated*,

        Plaintiff,

v.

SPOT INTERNATIONAL, INC., d/b/a ModShop,

        Defendant.

22-CV-8451 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On May 5, 2022, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. As of today's date, the parties have not filed a joint letter. The parties shall submit their joint letter no later than December 30, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 20, 2022
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge